# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRICIA TRAMMEL WASHINGTON | § | |
| | § | Civil Action No. 4:18-CV-353 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff Tricia Trammel Washington's Application for Attorney Fees under the Equal Access to Justice Act (Dkt. #22) and the Commissioner's Response (Dkt. #23), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act (Dkt. #22) is **GRANTED**, and the Commissioner is directed to pay three thousand, nine hundred fifty dollars and eleven cents ($3,950.11) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this the 29th day of September, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE